NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MELVIN PENN,                          )
                                      )
          Appellant,                  )
                                      )
v.                                    )    Case No. 2D18-3656
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed June 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Melvin Penn, pro se.


PER CURIAM.


          Affirmed.


NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.